[Nos. 13785-2-II; 14194-9-II.   Division Two.   August 31, 1992.]

THE STATE OF WASHINGTON, *Respondent*, v. KRIS
KARL WHITE, *Appellant*.

*In the Matter of the Personal Restraint of*
KRIS KARL WHITE, *Petitioner*.

Appeal from a judgment of the Superior Court for Pacific
County, No. 89-1-00173-8, Joel M. Penoyar, J., entered
March 9, 1990, together with a petition for relief from per-
sonal restraint. Judgment *affirmed* and petition *dismissed*
by unpublished opinion per Morgan, J., concurred in by
Petrich, C.J., and Alexander, J.

[No. 27064-8-I.   Division One.   August 31, 1992.]

ARTHUR MERRITT, ET AL, *Appellants*, v. CENLAR FEDERAL
SAVINGS BANK, ET AL, *Respondents*.

Appeal from a judgment of the Superior Court for Sno-
homish County, No. 88-2-02932-4, John F. Wilson, J., entered
April 3, 1991. *Affirmed* by unpublished opinion per Kennedy,
J., concurred in by Scholfield and Pekelis, JJ.

[No. 29780-5-I.   Division One.   August 31, 1992.]

*In the Matter of the Personal Restraint of*
ROBERT TEALL, *Petitioner*.

Petition for relief from personal restraint. *Denied* by un-
published per curiam opinion.